

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2021
```

**MEMO ENDORSED**

445 Park Avenue, Suite 700
New York, NY 10022-8634 U.S.A.
(646) 746-2000
Fax (646) 746-2001

www.btlaw.com

Lawrence Gerschwer
Partner
(646) 746-2022
lawrence.gerschwer@btlaw.com

November 22, 2021

Via ECF
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Ruben Patterson*, 21-cr-603 (VEC)

Dear Judge Caproni:

On behalf of my client Ruben Patterson, I respectfully request a temporary modification of Mr. Patterson's bail conditions to permit him to spend part of the Thanksgiving holiday weekend with the family of his fiancé. Mr. Patterson hopes to be permitted to travel from Cleveland, Ohio to Indianapolis, Indiana on Friday, November 26, and to return to Cleveland on Sunday, November 28, 2021. I have conferred with Pretrial Services in the Northern District of Ohio, where Mr. Patterson is being supervised, and in the SDNY, as well as with the Government, and there are no objections to this request.

Thank you for your consideration.

Respectfully submitted,

Lawrence Gerschwer

Application GRANTED.

SO ORDERED.

*[signature]*

Date: November 22, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE