USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA            :
                                    :
    -against-                       :     21-CR-603 (VEC)
                                    :
                                    :     ORDER
RUBEN PATTERSON,                    :
                                    :
                        Defendant.     :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

        WHEREAS the parties appeared before Magistrate Judge Figueredo for a change of plea hearing on September 21, 2022; and

        WHEREAS Mr. Patterson entered a plea of guilty to the lesser-included offense of conspiracy to commit healthcare fraud of Count 1 of the Superseding Information (S7).

        IT IS HEREBY ORDERED that, after considering the facts as allocuted by the Defendant, the Court finds that there was an adequate factual basis for Mr. Patterson's guilty plea to Count 1. The Court further finds that Mr. Patterson understood the rights he was giving up and waived those rights knowingly and voluntarily. The Court find Mr. Patterson understood the consequences of his plea, including the potential sentences that may be imposed. Because the Court finds that the Defendant's guilty plea to Count 1 was entered knowingly and voluntarily and was supported by an independent factual basis for each and every element of the crime charged, the Court now accepts his guilty plea.

        IT IS FURTHER ORDERED that Mr. Patterson will be sentenced on **Wednesday, January 18, 2023**. Pre-sentencing submissions are due no later than **January 4, 2023.** The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: September 30, 2022**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**