**BARNES & THORNBURG** LLP

390 Madison Avenue, FL 12
New York, NY 10017-2509 U.S.A.
(646) 746-2000
Fax (646) 746-2001

www.btlaw.com

Lawrence Gerschwer
Partner
646-746-2022
Lawrence.gerschwer@btlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/05/2023

**MEMO ENDORSED**

January 5, 2023

**By ECF and Email**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Ruben Patterson, 21 Cr. 603 (VEC)

Dear Judge Caproni:

    On behalf of Ruben Patterson, and as discussed with Chambers, we respectfully request that the Court modify Mr. Patterson's bail conditions and adjourn his sentencing hearing, as follows:

1. **Bail Modification:** Mr. Patterson has accepted a job as a basketball coach in North Carolina. He has provided Pretrial Services with information about the position and his new address. We therefore respectfully request that the Court modify Mr. Patterson's bail conditions to allow for him to travel to and within North Carolina, in addition to the Northern District of Ohio and the Southern and Eastern Districts of New York. The Government, through AUSA Ryan Finkel, and Pretrial Services, through Pretrial Services Officer Evelyn Alvayero, do not object to this modification.

2. **Sentencing Date:** Mr. Patterson's sentencing hearing is currently scheduled for January 18, 2023, at 10:00 am. In order to have sufficient time to prepare his sentencing submission and otherwise prepare him for the sentencing hearing, we respectfully request that the Court adjourn Mr. Patterson's sentencing hearing to a date and time that is convenient to the Court, preferably on February 27 or 28, 2023. The Government, through AUSA Ryan Finkel, does not object to this request and is available on those dates.

January 5, 2023
Page 2

    Thank you for your consideration.  In addition, counsel apologizes to the Court for the late timing of this submission.

                                          Respectfully submitted,

                                          */s/ Lawrence Gerschwer*

                                          Lawrence Gerschwer

cc:    AUSA Daniel Nessim (By ECF)
        AUSA Ryan Finkel (By ECF)
        Pretrial Services Officer Evelyn Alvayero (By Electronic Mail)

---

Mr. Patterson's requests to modify the conditions of his bail to allow him to travel to and within North Carolina and to adjourn his sentencing are GRANTED.

The sentencing hearing in this matter is rescheduled for **Tuesday, February 28, 2023, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. The parties' sentencing submissions are due by **February 14, 2023**.

SO ORDERED.

*[signature: Valerie Caproni]*                     01/05/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

**BARNES & THORNBURG** LLP