

**BARNES & THORNBURG** LLP

**MEMO ENDORSED**

Lawrence Gerschwer
Partner
646-746-2022
Lawrence.gerschwer@btlaw.com

390 Madison Avenue, FL 12
New York, NY 10017-2509 U.S.A.
(646) 746-2000
Fax (646) 746-2001

www.btlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2023

March 10, 2023

**BY ECF AND EMAIL**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Ruben Patterson, 21 Cr. 603 (VEC)

Dear Judge Caproni:

   I write pursuant to Your Honor's Individual Practices In Criminal Cases, Rule 3(A), to request permission to file under seal Mr. Patterson's submission with his financial affidavit and related documents.  As the Court is aware, Mr. Patterson failed to submit the required financial affidavit to U.S. Probation in advance of the filing of the final Presentence Investigation Report (PSR), which he regrets.  On February 22, 2023, the Court granted Mr. Patterson's request to submit his financial information, which is due today. The submission includes private information of both a financial and personal nature.  The Government, through AUSA Ryan Finkel, consents to this request.

   Thank you for your consideration.

Respectfully submitted,

/s/ Lawrence Gerschwer

Lawrence Gerschwer

cc:    U.S. Probation Officer Pamela Flemen
       (By Electronic Mail)

---

Application GRANTED.  Probation must revise the PSR in accordance with Defendant's belated financial submissions by **Friday, March 31, 2023**.  The sentencing hearing in this matter is adjourned to **Friday, April 14, 2023, at 3:00 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*/s/ Valerie Caproni*   03/11/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE