USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/07/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

-against-                                    21-CR-603 (VEC)

RUBEN PATTERSON,                             ORDER

Defendant.

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the sentencing hearing in this matter is currently scheduled for April 14, 2023, at 3:00 P.M.; and

WHEREAS this time is no longer convenient for the Court.

IT IS HEREBY ORDERED that Mr. Patterson will be sentenced on **Friday, April 14, 2023, at 10:15 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: April 7, 2023
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**