USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA             :
                                                          :
          -against-                         :          21-CR-603 (VEC)
                                                          :
   RUBEN PATTERSON,                      :               ORDER
                                                          :
                                   Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 14, 2023, the Court sentenced Mr. Patterson to time served with three years of supervised release and, pursuant to the terms of Mr. Patterson's plea agreement, required Mr. Patterson to forfeit $221,255, and to pay $221,255 in restitution; Judgment, Dkt. 928; and

      WHEREAS the proposed forfeiture order submitted by the Government requires Mr. Patterson to forfeit $221,225.

      IT IS HEREBY ORDERED that the Government must file a letter, no later than **May 1, 2023**, setting forth the reason for the discrepancy in forfeiture amounts as stated in Mr. Patterson's plea agreement and the Government's proposed forfeiture order, as well as any corrected proposed forfeiture order, which must be signed by all parties.

**SO ORDERED.**

**Date:** **April 14, 2023**                                                       _____
        **New York, NY**                                                 **VALERIE CAPRONI**
                                                                        **United States District Judge**